■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SILEO, Appellant. [741 NYS2d 890] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosengarten, J.), rendered August 1, 2000, convicting him of burglary in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (O'Dwyer, J.), of that branch of the defendant's omnibus motion which was to suppress his statement to law enforcement officials.

Ordered that the judgment is affirmed.

The Supreme Court properly denied suppression of the defendant's statement (*see People v Burdo,* 91 NY2d 146; *People v Bing,* 76 NY2d 331; *People v Steward,* 88 NY2d 496; *People v Cawley,* 76 NY2d 331). Feuerstein, J.P., O'Brien, Adams and Cozier, JJ., concur.